AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

| | |
|---|---|
| Chip Packaging Technologies, LLC<br>*Plaintiff(s)*<br>v.<br>Infineon Technologies AG<br>*Defendant(s)* | Civil Action No. 2:25-cv-147 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Infineon Technologies AG
c/o Infineon Technologies Americas Corp.
Corporation Service Company,
251 Little Falls Drive,
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Charles Everingham IV
Miller Fair Henry PLLC
1507 Bill Owens Pkwy.
Longview, TX 75604

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT • EASTERN DISTRICT OF TEXAS •

*CLERK OF COURT*

Date: **4/4/2025**

David A. O'Toole
*Signature of Clerk or Deputy Clerk*

SERVICE RETURN ATTACHED

**ATX Process, LLC**
**1411 West 6th Street**
**Austin, TX 78703**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-147

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________
was received by me on *(date)* ________________ .

❒ I personally served the summons on the individual at *(place)* ______________________________
______________________________ on *(date)* ________________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ________________
________________________, a person of suitable age and discretion who resides there,
on *(date)* ________________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ________________
______________________________ on *(date)* ________________ ; or

❒ I returned the summons unexecuted because ______________________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ________________

______________________________
*Server's signature*

SERVICE RETURN ATTACHED

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc:

ATX Process, LLC
1411 West 6th Street
Austin, TX 78703

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District of Texas

Case Number: 2:25-CV-00147

Plaintiff:
**Chip Packaging Technologies, LLC**
vs.
Defendant:
**Infineon Technologies AG**

For: Miller Fair Henry PLLC

Received these papers on the 4th day of April, 2025 at 4:35 pm to be served on **Infineon Technologies AG c/o Infineon Technologies Americas Corp. by serving its registered agent, Corporation Service Company, 251 Little Falls Drive, Wilmington, New Castle County, DE 19808.** I, GILBERT DEL VALLE, being duly sworn, depose and say that on the 7th day of April, 2025 at 12:15 pm., executed service by delivering a true copy of the **Summons in a Civil Action with Complaint for Patent Infringement and Damages and Demand for Jury Trial and Exhibits A, B, C, D, and E with Civil Cover Sheet** in accordance with state statutes in the manner marked below:

(x) CORPORATE SERVICE: By delivering to LYNANNE GARES (individual accepting) as MANAGING AGENT (title), at 251 LITTLE FALLS DR (street), WILMINGTON (city), DE (state) 19808 (zip code) NEW CASTLE (county).

( ) PUBLIC AGENCY: By delivering to ______ (individual accepting) as ______ (title) of the within-named agency at ______ (street), ______ (city), ______ (state) ______ (zip code) ______ (county).

( ) SUBSTITUTE SERVICE: By delivering to ______ (individual accepting) as ______ (relationship/title) at ______ (street), ______ (city), ______ (state) ______ (zip code) ______ (county).

( ) GOVERNMENT AGENCY: By delivering to ______ (individual accepting) as ______ (title) of the within-named agency at ______ (street), ______ (city), ______ (state) ______ (zip code) ______ (county).

( ) NON SERVICE: For the reason detailed in the comments below.

**COMMENTS:** ______

I certify that I am over the age of 18, have no interest in the above action, and have the proper authority in the jurisdiction in which this process was delivered. The facts in this affidavit are within my personal knowledge and true and correct.

Subscribed and sworn to before me on the 7TH day of APRIL 2025 by the affiant who is personally known to me.

______
NOTARY PUBLIC

DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 1, 2028

______
GILBERT DEL VALLE
PROCESS SERVER # 1975
Appointed in accordance with State Statutes

Our Job Serial Number: 2025003740
Ref: Chip Packaging v Infineon

**ATX Process, LLC**
**1411 W 6th Street**
**Austin, TX 78703**
**(512) 717-5600**

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a